AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEBORAH S. TRIPP,<br>        Plaintiff,<br><br>v.<br><br>BENJI LAMONT COLLINS; KELVIN NOBLES;<br>and THE TOWN OF VANCEBORO,<br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:06-CV-120-F** |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Motion for Partial Summary Judgment is ALLOWED as to Tripp's § 1983 claims. The remainder of this case is hereby REMANDED to the Superior Court of Craven County, North Carolina. The Clerk of Court is DIRECTED to serve a copy of this order to the Clerk of Superior Court of Craven County, North Carolina.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 5, 2007**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Robert J. McAfee  
P.O. Box 905  
New Bern, NC 28563  

Scott C. Hart  
P.O. Box 889  
New Bern, NC 28563  

Benji Lamont Collins  
P.O. Box 1058  
Pender Correctional Unit  
Burgaw, NC 28425  


October 5, 2007  
Date  

*Wilmington, North Carolina*

DENNIS P. IAVARONE  
Clerk of Court  

/s/ Susan K. Enyart  
*(By) Deputy Clerk*